■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WANNAMAKER, Appellant. [621 NYS2d 914] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered April 29, 1992, convicting him of robbery in the first degree (two counts) and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his claim regarding the adequacy of the *Rosario* sanction imposed by the Supreme Court on the People during the *Wade* hearing *(see, People v Rogelio,* 79 NY2d 843, 844; *People v McKinley,* 202 AD2d 520, 521; *People v Alvaranga,* 198 AD2d 286, *affd* 84 NY2d 985). In any event, the sanction imposed by the Supreme Court was not, under the circumstances presented, an improvident exercise of the court's discretion *(see, People v Banch,* 80 NY2d 610, 616).

The defendant's remaining contentions are either unpreserved for appellate review (CPL 470.05 [2]) or without merit *(see, People v Hill,* 176 AD2d 755, 756; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Sullivan, Balletta and Miller, JJ., concur.